# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

IN UNITED STATES ☒ Southern District of Texas ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF: U.S. v.s. _____

FOR: Southern District of Texas, Corpus Christi Division

FILED FEB 19 2010 Clerk of Court

**PERSON REPRESENTED** (Show your full name): Victor Rafael Perez

1. ☒ Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

**DOCKET NUMBERS**
Magistrate: C-10-162m
District Court:
Court of Appeals:

**CHARGE/OFFENSE**: ☒ Felony ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
- Are you now employed? ☒ Yes ☐ No ☐ Am Self-Employed
- Name and address of employer: owner/operator – tractor – Genesis Transport – Pharr, TX
- IF YES, how much do you earn per month? $ 2K
- IF NO, give month and year of last employment / How much did you earn per month? $
- If married is your Spouse employed? ☐ Yes ☐ No — N/A
- IF YES, how much does your Spouse earn per month? $
- If a minor under age 21, Parents or Guardian's approximate monthly income? $

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES: N/A

**CASH**
- Have you any cash on hand or money in savings or checking accounts? ☒ Yes ☐ No
- IF YES, state total amount $ 1142.00 US (BE)

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No
- IF YES, GIVE THE VALUE AND DESCRIBE IT:
  - $ 2K — 2001 Chevrolet Truck
  - $ 22K — 2003 Kenworth
  - $ 40K — Home

**DEPENDENTS**
- MARITAL STATUS: SEPARATED OR DIVORCED (circled)
- Total No. of Dependents: 2
- List persons you actually support and your relationship to them: self + step-daughter (9yo)

**DEBTS & MONTHLY BILLS**
| Creditors | Total Debt | Monthly Paymt. |
|---|---|---|
| electric | | 150 |
| water | | 50 |
| small loans co. | 1000 | 90 |
| two credit cards | 800 | 150 |
| monies to sister | | 400 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on 2/16/10

Approved/Denied by B. Janice Ellington, USMJ

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): X [signature]

( ) Approved, but defendant may be required to repay part or all of the cost of court appointed attorney if determined at a later date.

Resides in Pharr, TX