IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| v. | § | **CRIMINAL NO. 10-202** |
| **VICTOR R. PEREZ** | § | |

## NOTICE OF APPEAL

On this 23rd day of June 2010, notice is hereby given that Victor R. Perez, defendant named above, hereby appeals the final judgment of conviction and sentence imposed on June 22, 2010, to the Fifth Circuit Court of Appeals.

    Respectfully submitted,

    MARJORIE A. MEYERS
    Federal Public Defender
    Southern District of Texas
    Texas State Bar No. 14003750
    Southern District of Texas No.3233


    By s/Stephen W. Byrne
    STEPHEN W. BYRNE
    Assistant Federal Public Defender
    Texas State Bar No. 24050365
    So. Dist. of Texas No. 638575
    606 North Carancahua, Ste. 401
    Corpus Christi, Texas 78476
    Telephone: (361) 888-3532
    Fax:      (361) 888-3534

## CERTIFICATE OF SERVICE

I, STEPHEN W. BYRNE, certify that on the 23rd day of June, 2010, a copy of the foregoing Notice of Appeal was served by Notification of Electronic Filing to Elsa Salinas, Assistant United States Attorney, 800 North Shoreline, Suite 500, Corpus Christi, Texas 78401.

 s/ Stephen W. Byrne
STEPHEN W. BYRNE