**HONORABLE, JANIS GRAHAM JACK, Presiding**

| | | | |
|---|---|---|---|
| **Case Manager:** | Sondra Scotch | **ERO:** | Lori Cayce |
| **USM:** | J Prather, S Nash | **USPO:** | E Cortez |
| **Interpreter:** | J Hawks | **USPT:** | |

**DATE:** June 22, 2010   **OPEN:** 2:10   **ADJOURN:** 2:47
                                  3:09                       3:14

**CR. C-** 10-202   **DEFT.** 1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | }{ | **AUSA:** ELSA SALINAS |
| VS. | }{ | |
| VICTOR R PEREZ | }{ | STEPHEN BYRNE |

********************************** **SENTENCING** **********************************

(X) Sentencing held.    (X) Defendant sworn.

(X) SENTENCE:

   Ct (s) 1 :  **112 months**   Custody of Bureau of Prison

   **5 years**   Supervised Release Term (Standard Conditions)

   Special Conditions:

   (X)   Fine: $500

   (X)   $100.00 Special Assessment is imposed on Count (s)  **1**

   (X)   $2,187.50 - Attorney Fees

   (X)   payment schedule:   (X) *Due Immediately*

   (X)   Defendant is to undergo Drug Surveillance; Deft to incur costs

   ( )   Defendant is to undergo Drug Treatment; Deft to incur costs

   ( )   Defendant is to undergo Drug and Alcohol Treatment; Deft to incur costs

   (X)   Defendant is required to participate in Mental Health Programs; Deft to incur costs

   ( )   Community Service:  _____ hours as directed

   ( )   Deportation

( ) Count (s) _____ is/are dismissed on Government's Motion.

( ) Bond is continued.   ( ) Govt. objects   ( ) Govt. does not object

( ) Bond is revoked.   ( ) Bond is forfeited.

(X) Defendant is REMANDED to the custody of the U. S. Marshal.

( ) Defendant is to surrender to the U. S. Marshal on _____

( ) Defendant is to surrender to a designated institution.


(X) **Nighttime Restriction 12 midnigh - 6 am** (X) **Truck Driving** (X) **Deft. advised of right to appeal - 14 days**

(X) **Adopts PSI** (X) **Other Proceedings:** Deft does not qualify for court appointed counsel